# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Carl Childers
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Kendall County Deputy Sheriff Goodspeed

Progressive Auto Insurance Company
Name of Driver Matthew Hervey
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**

JAN 0 9 2017
1-9-17
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:17-cv-0174
Judge Thomas M. Durkin
Magistrate Judge Sidney I. Schenkier
PC4

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Carl Childers

    B. List all aliases: _____

    C. Prisoner identification number: 48553424

    D. Place of present confinement: MCC Chicago

    E. Address: 71 W. Van Buren St Chicago, IL. 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Deputy Goodspeed

    Title: Dep Sheriff

    Place of Employment: Kendall County Jail in Yorkville, IL.

    B. Defendant: Matthew Hervey (Name of Driver) Progressive Auto Insurance (Ins Company)

    Title: _____

    Place of Employment: _____

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Case No: 1:16-cv-05098

B. Approximate date of filing lawsuit: 8/16/16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Deputy Buis

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Illinois - Eastern Division

F. Name of judge to whom case was assigned: Mary M. Rowland

G. Basic claim made: Exsesive Force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.	Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While being transported back to Kendall county Jail in Yorkville, IL. I was in the back seat of a Impala Chevey Sheriff car while driveing we were hit from the back on Rt. 59 in Naperville, IL. The car was hit by Matthew Hervey who is insured with progressive Insurence company. I ended up with lower back injurys with my disk's 4 &5 which I'm being treated for. The officer who was driveing the car I was in was Deputy Good Speed he is a Sheriff of Kendall County Jail 1102 cornell Lane Yorkville, IL. 60560

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Seeking compsitory relief in the amount of $100,000 thousand. Seeking punitive damages. Whatever a jury would think is fair

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this \_\_1\_\_ day of \_\_4\_\_, 20 \_17\_

Carl Childers
(Signature of plaintiff or plaintiffs)

Carl Childers
(Print name)

48553424
(I.D. Number)

Metropolitan Correctional Center
71 W VanBuren St.
Chicago, IL. 60605
(Address)