EW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 27 2017 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carl Childers #48553424

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: ______________________
(To be supplied by the Clerk of this Court)

Deputy sheriff Goodspeed

1:17-cv-00174

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

__✓__ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Carl Childers

B. List all aliases: N/A

C. Prisoner identification number: 48553424

D. Place of present confinement: M.C.C Chicago

E. Address: 71 W. Van Buren Chicago, IL. 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Deputy Goodspeed

Title: Deputy Sheriff

Place of Employment: Kendall County Jail

B. Defendant: ______

Title: ______

Place of Employment: ______

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:16-CV-05098
Carl Childers V Deputy Buis

B. Approximate date of filing lawsuit: 9-28-16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Carl Childers
48553424

D. List all defendants: Deputy Buis

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): united states District court for the Northern District of IL Eastern Division

F. Name of judge to whom case was assigned: Judge Rowland

G. Basic claim made: Over Excess Force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

I. Approximate date of disposition: April, 4 2017

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1-13-16 at 1751 hours I was being transported back to Kendall County Jail were I was being housed by the U.S. marshalls. While being transported back from court at the Downtown Federal building the sheriffs car I was in was hit from the rear end by two car's. Deputy Sheriff goodspeed was the Sheriff transporting me back, I was taken to a hospital by Ambulance from I-88 Expressway in naperville IL.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Compesated $200,000. For punitive damages. whatever the Judge or Jury thinks is approreate.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 2 day of 23, 20 17

Carl Childers
(Signature of plaintiff or plaintiffs)

Carl Childers
(Print name)

48553424
(I.D. Number)

71 W Van Buren
MCC Chicago IL, 60605

(Address)

Carl Childers
Id# 48553-424
Metropolitan correctional center
71 W Van Buren Street
Chicago, IL. 60605

02/27/2017-55




Legal Mail

RECEIVED

FEB 27 2017 [illegible]

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Office of
Clerk of The U.S. District court
united States court House
219 South Dearborn Street
Chicago, IL. 60604

60604$1800 C005

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-22-2017